**ORIGINAL**

**FILED**

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0321

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0321

In the Marriage of

MITCHELL BURGARD,

      Petitioner and Appellee,

v.

STACY JACOBSEN,

      Respondent and Appellant.

**FILED**

DEC 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

---

Self-represented Appellant Stacy Jacobsen (Jacobsen) moves this Court for a sixty-day extension of time to file the opening brief. She states that she recently learned that the transcripts were not ordered as indicated in the Notice of Appeal of a dissolution matter, dating back to 2015. She further states that she is seeking new counsel after the withdrawal of counsel. Jacobsen provides that she does not know whether opposing counsel objects to her motion.

We observe that this Court received the Flathead County District Court record on May 22, 2024. Upon review of the register of actions, it appears that the District Court held a hearing on January 16, 2024, for Jacobsen's motion for contempt. No transcripts have been filed. We remind Jacobsen that upon making further arrangements with the Court Reporter, she must pay for the costs of the transcripts. Section 3-5-604(1), MCA. Therefore,

IT IS ORDERED that Jacobsen's Motion for an Extension of Time is GRANTED and Jacobsen shall prepare, file, and serve her opening brief on or before February 28, 2025.

The Clerk is directed to provide a copy of this Order to counsel of record, to Stacy Jacobsen, and to Nancy Skurvid, Court Reporter.

DATED this 17th day of December, 2024.

For the Court,

By _____

Chief Justice